# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

LAURA B.,                                        Case No. 26-CV-1067 (NEB/JFD)

        Petitioner,

v.                                                            ORDER

PAMELA BONDI, Attorney General,
KRISTI NOEM, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director,
St. Paul Field Office Immigration and
Customs Enforcement; and JOEL BROTT,
Sheriff of Sherburne County, Minnesota,

        Respondents.

---

IT IS HEREBY ORDERED THAT Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the Petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the Petition. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Dated: February 5, 2026                BY THE COURT:
Time: 8:37 a.m.                              s/Nancy E. Brasel
                                     Nancy E. Brasel
                                     United States District Judge