# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LAURA B.,

               Petitioner,

v.

PAMELA BONDI, Attorney General, U.S. Department of Justice; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

               Respondents.

Case No. 26-CV-1067 (NEB/JFD)

ORDER OF DISMISSAL

---

The parties have filed a Stipulation of Dismissal. Based on that Stipulation, this matter is DISMISSED and judgment will be entered.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 9, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge