# UNITED STATES DISTRICT COURT
## District of Minnesota

Laura B.,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1067 (NEB/JFD)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The parties have filed a Stipulation of Dismissal. Based on that Stipulation, this matter is DISMISSED and judgment will be entered.

Date: 2/10/2026

KATE M. FOGARTY, CLERK